IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEEMA S. BHAT )
6301 Hidden Clearing )
Columbia, MD 21045-4238 )
)
             **Plaintiff,** )   Civil Action No.: 05 -1587 RCL
)
v. )
)
)
D.C. Water and Sewer Authority [WASA] )
5000 Overlook Avenue )
Washington, DC 20005 )
             **Defendant.** )
_____)

## MOTION FOR RECONSIDERATION AND ORDER ALLOWING 120 DAYS TO SERVE

## SUMMONS AND COMPLAINT ON DEFENDANT

1. Seema Bhat filed her civil Complaint with this Court on August 8, 2005 in order to comply with the deadline set by her right to sue notice from the Equal Employment Opportunity Commission.

2. On October 12, 2005 plaintiff Seema Bhat received an order from the Court dated October 05, 2005 stating that there was nothing on the docket of the Clerk of the Court reflecting service on the defendant. Further, it stated that plaintiff shall, within the next ten days, file with the Clerk of the Court either proof of service or a memorandum indicating all steps taken to date to effect the service.

3. In issuing the order the Court relied on Rule 4(a) and Rule 4(g) of the Federal Rules of Civil Procedures.

4. As Plaintiff reads Rule 4(a) and Rule 4(g) of the Federal Rules of Civil Procedure it does not provide a timeline to serve the summons on the defendant.

5. As Plaintiff reads Rule 4(m) of the Federal Rules of Civil Procedure, it indicates that the defendant must be served with a copy of the complaint within 120 days.

6. Plaintiff has been diligently seeking legal counsel to represent her in this case but requires more time to obtain counsel, which is necessary for her to be able to effectively and fairly pursue her claim.

**RECEIVED**

OCT 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. THEREFORE, Plaintiff respectfully asks the Court to reconsider the order to serve the summons on the defendant within 10 days and extend the time to serve to 120 days from the filing of the Complaint, as provided in Rule 4(m). The 120 days period ends on December 5, 2005.

10-17-2005
Date

Respectfully Submitted

Seema Bhat

Seema Bhat [Plaintiff]
6301 Hidden Clearing
Columbia, MD 21045-4238
Phone: 410-964-9743
Fax   : 410-964-9743
Email: seemasb1@comcast.net

Attn: Time Sensitive Document, Affects Wednesday (10/19/05) deadline.

Please call Seema Bhat at (410) 964-9743 when response is ready for hand pickup

Thank You.
Seema Bhat