UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEEMA S. BHAT, </br></br> Plaintiff, </br></br> v. </br></br> DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-1587 (RCL) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

Plaintiff's Motion [3] for Reconsideration and to allow her until December 5, 2005 to effect service on the defendant is hereby GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 18, 2005.