UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEEMA S. BHAT, )<br>)<br>    PLAINTIFF )<br>)<br>    v. )<br>)<br>D.C. WATER AND SEWER AUTHORITY, )<br>)<br>)<br>    DEFENDANT. )<br>) | Case No. 1:05cv01587<br><br>Judge : Royce C. Lamberth |

## ENTRY OF APPEARANCE

Please enter undersigned counsel's appearance as the principal attorney of record for Plaintiff, Ms. Bhat. Undersigned counsel's contact information is below.

December 1, 2005                              Respectfully submitted,

_____
Bryan J. Schwartz
D.C. Bar No. 482960
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W., Suite 500
Washington, D.C.  20005
TEL:   (202) 789-0100
FAX:   (202) 789-0101
bschwartz@passmanandkaplan.com
Attorney for the Plaintiff