UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SEEMA S. BHAT,                      )
                                    )
    PLAINTIFF                       )    Case No. 1:05cv01587
                                    )
    v.                              )    Judge : Royce C. Lamberth
                                    )
D.C. WATER AND SEWER AUTHORITY,     )
                                    )
                                    )
    DEFENDANT.                      )
_____ )

## ENTRY OF APPEARANCE

Please enter undersigned counsel's appearance as the principal attorney of record for Plaintiff, Ms. Bhat. Undersigned counsel's contact information is below.

December 1, 2005                                                      Respectfully submitted,

                                                                                                   _____
                                                                                                   Joseph V. Kaplan
                                                                                                   D.C. Bar No. 347344
                                                                                                   PASSMAN & KAPLAN, P.C.
                                                                                                   1090 Vermont Avenue, N.W., Suite 500
                                                                                                   Washington, D.C. 20005
                                                                                                   TEL: (202) 789-0100
                                                                                                   FAX: (202) 789-0101
                                                                                                   bschwartz@passmanandkaplan.com
                                                                                                   Attorney for the Plaintiff