AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEEMA S. BHAT
6301 HIDDEN CLEARING
COLUMBIA, MD 21045-4238
       Plaintif

**SUMMONS IN A CIVIL CASE**

V.

D.C.WATER AND SEWER AUTHORITY
5000 OVERLOOK AVENUE
WASHINGTON DC 20005
       Defendent

CASE NUMBER:  05-1587, RCL

TO: (Name and address of Defendant)

D.C. WATER AND SEWER AUTHORITY
5000 OVERLOOK AVENUE
WASHINGTON DC 20005
PHONE: [202] 787-2333

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SEEMA S. BHAT
6301 HIDDEN CLEARING
COLUMBIA, MD 21045-4238
PHONE: [410] 964-9743

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

OCT 1 4 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 | |
| NAME OF SERVER *(PRINT)* Steven M. Schultz | TITLE Paralegal | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):   Served by certified mail, return receipt requested on
     Defendant's Registered Agent, Linda Manely, 5000 Overlook Ave.,
     Sw, Washington, DC, 20032.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005
              ―――――――――――――               ――――――――――――――――――
                   Date                          *Signature of Server*

                              Passman & Kaplan, P.C.
                              1090 Vermont Ave. NW, Ste. 500
                              Washington, DC 20005
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.