**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEEMA S. BHAT )<br>6301 Hidden Clearing )<br>Columbia, MD  21045-4238 )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br>DISTRICT OF COLUMBIA )<br>WATER AND SEWER AUTHORITY, )<br>5000 Overlook Ave., SW )<br>Washington, D.C.  20032 )<br> )<br>        Defendant. )<br> ) | Civil Action No.:  05-01587-RCL<br>Judge:  Royce C. Lamberth |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Grace E. Speights (D.C. Bar No. 392091), Karen E. Gray (D.C. Bar No. 472341), and Heather S. Gelfuso (D.C. Bar No. 487575) of Morgan, Lewis & Bockius, LLP, 1111 Pennsylvania Ave., N.W., Washington, D.C.  20004, on behalf of Defendant District of Columbia Water & Sewer Authority in connection with the above-captioned matter.

Dated:  December 22, 2005.

1-WA/2501489.1

Respectfully submitted,

/s/
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant District of
Columbia Water & Sewer Authority

1-WA/2501489.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December, 2005, a true and correct copy of the foregoing Notice of Appearance was sent via United States mail, postage prepaid, to:

> Bryan J. Schwartz
> Joseph V. Kaplan
> Passman & Kaplan, P.C.
> 1090 Vermont Ave., N.W., Suite 500
> Washington, DC  20005
> Attorneys for Plaintiff

/s/
Karen E. Gray

1-WA/2501489.1