**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEEMA S. BHAT ) <br> 6301 Hidden Clearing ) <br> Columbia, MD  21045-4238 ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> DISTRICT OF COLUMBIA ) <br> WATER AND SEWER AUTHORITY, ) <br> 5000 Overlook Ave., SW ) <br> Washington, D.C.  20032 ) <br>   ) <br>   Defendant. ) <br>   ) | Civil Action No.:  05-01587-RCL <br> Judge:  Royce C. Lamberth |

**CONSENT MOTION AND MEMORANDUM FOR AN EXTENSION OF
TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia Water and Sewer Authority ("WASA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court for an extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on August 8, 2005.  On or about December 3, 2005, Defendant was served with the Summons and Complaint via certified mail.  Defendant's response to Plaintiff's Complaint is therefore due December 23, 2005.  Counsel for Defendant was retained to represent Defendant in this matter on or about December 19, 2005.  Defendant therefore requests an extension of time to respond to Plaintiff's Complaint so that its undersigned counsel may review the matter and prepare an appropriate response.

On December 20, 2005, counsel for Defendant, Karen Gray, called counsel for Plaintiff, Bryan Schwartz, and left a voice mail message explaining that Defendant's counsel was recently retained and requesting that Plaintiff consent to an extension of time for Defendant to respond to Plaintiff's Complaint. On December 21, 2005, Mr. Schwartz contacted Ms. Gray and stated that Plaintiff would consent to an extension of time through and including January 20, 2006, for Defendant to respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant its Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and grant Defendant an extension of time through and including January 20, 2006, to respond to Plaintiff's Complaint.

Dated: December 22, 2005.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Grace E. Speights (D.C. Bar No. 392091)
                                              Karen E. Gray (D.C. Bar No. 472341)
                                              Heather S. Gelfuso (D.C. Bar No. 487575)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1111 Pennsylvania Ave., N.W.
                                              Washington, D.C. 20004
                                              (202) 739-3000
                                              (202) 739-3001 (Fax)
                                              Attorneys for Defendant District of
                                              Columbia Water & Sewer Authority

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SEEMA S. BHAT ) <br> 6301 Hidden Clearing ) <br> Columbia, MD  21045-4238 ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> DISTRICT OF COLUMBIA ) <br> WATER AND SEWER AUTHORITY, ) <br> 5000 Overlook Ave., SW ) <br> Washington, D.C.  20032 ) <br>   ) <br>   Defendant. ) <br> ) | Civil Action No.:  05-01587-RCL <br> Judge:  Royce C. Lamberth |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is this \_\_\_\_\_ day of _____, 200\_, hereby

**ORDERED** that Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant shall have through and including January 20, 2006, to respond to Plaintiff's Complaint.

_____
ROYCE C. LAMBERTH
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2005, a true and correct copy of the foregoing Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint was sent via United States mail, postage prepaid, to:

>Bryan J. Schwartz
>Joseph V. Kaplan
>Passman & Kaplan, P.C.
>1090 Vermont Ave., N.W., Suite 500
>Washington, DC  20005
>Attorneys for Plaintiff

>/s/
>Karen E. Gray