IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEEMA S. BHAT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-01587-RCL |
| ) | Judge: Royce C. Lamberth |
| DISTRICT OF COLUMBIA ) | |
| WATER AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia Water and Sewer Authority ("WASA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court for an additional extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on August 8, 2005. On or about December 3, 2005, Defendant was served with the Summons and Complaint via certified mail. Counsel for Defendant was retained to represent Defendant in this matter on or about December 19, 2005. On January 12, 2006, the Court granted Defendant's prior consent motion for an extension of time for Defendant to respond to Plaintiff's Complaint and granted Defendant until January 20, 2006, to respond to Plaintiff's Complaint. Since that time, the parties have engaged in initial settlement discussions and have set a date to meet to discuss settlement issues. Defendant therefore requests an extension of time to respond to Plaintiff's Complaint so that the parties may continue to explore settlement.

On January 18, 2006, counsel for Defendant consulted with Plaintiff's counsel regarding the instant motion; Plaintiff does not oppose Defendant's motion for an extension of time through and including February 17, 2006, for Defendant to respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant its Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and grant Defendant an extension of time through and including February 17, 2006, to respond to Plaintiff's Complaint.

Dated: January 19, 2006.

Respectfully submitted,

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant District of
Columbia Water & Sewer Authority

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEEMA S. BHAT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-01587-RCL |
| ) | Judge:  Royce C. Lamberth |
| DISTRICT OF COLUMBIA ) | |
| WATER AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that Defendant's Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant shall have through and including February 17, 2006, to respond to Plaintiff's Complaint.

_____
ROYCE C. LAMBERTH
United States District Judge

1-WA/2511664.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2006, a true and correct copy of the foregoing Defendant's Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint was sent via United States mail, postage prepaid, to:

>Bryan J. Schwartz
>Joseph V. Kaplan
>Passman & Kaplan, P.C.
>1090 Vermont Ave., N.W., Suite 500
>Washington, DC  20005
>Attorneys for Plaintiff

>/s/
>Karen E. Gray