UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEEMA S. BHAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1587 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA WATER ) | |
| AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Unopposed Motion [12] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and the entire record herein, it is hereby

ORDERED that defendant's Unopposed Motion [10] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is GRANTED; it is further

ORDERED that defendant shall have through and including February 17, 2006 to respond to plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 19, 2006.