**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
SEEMA S. BHAT                                       )
                                                    )
    Plaintiff,                    )
                                                    )
    v.                            )          Civil Action No.:  05-01587-RCL
                                                    )          Judge:  Royce C. Lamberth
DISTRICT OF COLUMBIA                                )
WATER AND SEWER AUTHORITY,                          )
                                                    )
    Defendant.                    )
_____)

**DEFENDANT'S THIRD UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia Water and Sewer Authority ("WASA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court for an additional extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on August 8, 2005.  On or about December 3, 2005, Defendant was served with the Summons and Complaint via certified mail.  Counsel for Defendant was retained to represent Defendant in this matter on or about December 19, 2005.  On Defendant's motions, the Court previously granted Defendant two extensions of time to respond to the Complaint to allow the Parties time to explore settlement.  Defendant's response is currently due on February 17, 2006.  On February 3, 2006, the Parties met together with a mediator to discuss settlement.  The discussions were productive and are ongoing, but due to circumstances beyond the Parties control, will take longer than anticipated.  Defendant therefore requests an additional extension of

time to respond to Plaintiff's Complaint so that the Parties may continue to explore

settlement.  Plaintiff's counsel was consulted and Plaintiff does not oppose Defendant's

motion for an extension of time through and including March 20, 2006, for Defendant to

respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that

the Court grant its Third Unopposed Motion for an Extension of Time for Defendant to

Respond to Plaintiff's Complaint and grant Defendant an extension of time through and

including March 20, 2006, to respond to Plaintiff's Complaint.


Dated:  February 13, 2006.


Respectfully submitted,


_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant District of
Columbia Water & Sewer Authority

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

SEEMA S. BHAT                              )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 )          Civil Action No.:  05-01587-RCL
                                           )          Judge:  Royce C. Lamberth
DISTRICT OF COLUMBIA                        )
WATER AND SEWER AUTHORITY,                  )
                                           )
        Defendant.                          )
_____)

**<u>ORDER</u>**

Upon consideration of Defendant's Third Unopposed Motion for an Extension of

Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is

this _____ day of _____, 200_, hereby

**ORDERED** that Defendant's Third Unopposed Motion for an Extension of Time

for Defendant to Respond to Plaintiff's Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant shall have through and including March 20, 2006, to

respond to Plaintiff's Complaint.

_____
ROYCE C. LAMBERTH
United States District Judge

1-WA/2522861.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2006, a true and correct copy of the foregoing Defendant's Third Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint was sent via United States mail, postage prepaid, to:

Bryan J. Schwartz
Joseph V. Kaplan
Passman & Kaplan, P.C.
1090 Vermont Ave., N.W., Suite 500
Washington, DC  20005
Attorneys for Plaintiff


_____/s/_____
Karen E. Gray