UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEEMA S. BHAT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA WATER** )<br>**AND SEWER AUTHORITY,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1587 (RCL) |

### ORDER

Upon consideration of defendant's Third Unopposed Motion [14] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is hereby

ORDERED that defendant's Third Unopposed Motion [14] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is GRANTED. It is further

ORDERED that defendant shall have through and including March 20, 2006 to respond to plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 22, 2006.