IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEEMA S. BHAT,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> DISTRICT OF COLUMBIA  )<br> WATER AND SEWER AUTHORITY,  )<br>  )<br>   Defendant.  )<br>  ) | Civil Action No.: 05-01587-RCL<br>Judge: Royce C. Lamberth |

### DEFENDANT'S FOURTH CONSENT MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia Water and Sewer Authority ("WASA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court for an additional extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on August 8, 2005. On or about December 3, 2005, Defendant was served with the Summons and Complaint via certified mail. Counsel for Defendant was retained to represent Defendant in this matter on or about December 19, 2005. On Defendant's motions, the Court previously granted Defendant three extensions of time to respond to the Complaint to allow the Parties time to explore settlement. Defendant's response is currently due on March 20, 2006. On February 3, 2006, the Parties met together with a mediator to discuss settlement. The Parties reconvened with the mediator on February 27, 2006, and reached an agreement in principal. The Parties are now attempting to reduce their agreement to writing, but due to circumstances beyond

the Parties' control, finalizing the written agreement will take longer than anticipated. Defendant therefore requests an additional extension of time to respond to Plaintiff's Complaint so that the Parties may finalize their settlement agreement. Plaintiff's counsel was consulted and Plaintiff consents to Defendant's motion for an extension of time through and including April 21, 2006, for Defendant to respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant its Fourth Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and grant Defendant an extension of time through and including April 21, 2006, to respond to Plaintiff's Complaint.

Dated: March 16, 2006.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Grace E. Speights (D.C. Bar No. 392091)
                                                    Karen E. Gray (D.C. Bar No. 472341)
                                                    Heather S. Gelfuso (D.C. Bar No. 487575)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1111 Pennsylvania Ave., N.W.
                                                    Washington, D.C.  20004
                                                    (202) 739-3000
                                                    (202) 739-3001 (Fax)
                                                    Attorneys for Defendant District of
                                                    Columbia Water & Sewer Authority

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEEMA S. BHAT, )<br>　)<br>　　Plaintiff, )<br>　)<br>　　v. )<br>　)<br>DISTRICT OF COLUMBIA )<br>WATER AND SEWER AUTHORITY, )<br>　)<br>　　Defendant. )<br>　) | Civil Action No.: 05-01587-RCL<br>Judge: Royce C. Lamberth |

**ORDER**

Upon consideration of Defendant's Fourth Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that Defendant's Fourth Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant shall have through and including April 21, 2006, to respond to Plaintiff's Complaint.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2006, a true and correct copy of the foregoing Defendant's Fourth Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint was sent via United States mail, postage prepaid, to:

>Bryan J. Schwartz
>Joseph V. Kaplan
>Passman & Kaplan, P.C.
>1090 Vermont Ave., N.W., Suite 500
>Washington, DC  20005
>Attorneys for Plaintiff

/s/
Karen E. Gray