UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEEMA S. BHAT,<br><br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA WATER<br>AND SEWER AUTHORITY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1587 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of defendant's Fourth Consent Motion [16] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and the entire record herein, it is hereby

ORDERED that defendant's Fourth Consent Motion [16] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is GRANTED; it is further

ORDERED that defendant shall have through and including April 21, 2006 to respond to plaintiff's complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 20, 2006.