### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEEMA S. BHAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-01587-RCL |
| ) | Judge: Royce C. Lamberth |
| DISTRICT OF COLUMBIA ) | |
| WATER AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CONSENT MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia Water and Sewer Authority ("WASA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court for an additional extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on August 8, 2005. On or about December 3, 2005, Defendant was served with the Summons and Complaint via certified mail. Counsel for Defendant was retained to represent Defendant in this matter on or about December 19, 2005. On Defendant's motions, the Court previously granted Defendant four extensions of time to respond to the Complaint to allow the Parties time to explore settlement. Defendant's response is currently due on April 21, 2006. The Parties have reached a settlement, have reduced that settlement to an agreed upon written agreement, and are in the process of circulating the document for signature by all parties and counsel. Defendant therefore requests an additional extension of time to respond to Plaintiff's

Complaint so that the Parties may finalize their settlement agreement. Plaintiff's counsel was consulted and Plaintiff consents to Defendant's motion for an extension of time through and including May 5, 2006, for Defendant to respond to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant its Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and grant Defendant an extension of time through and including May 5, 2006, to respond to Plaintiff's Complaint.

Dated: April 21, 2006.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Grace E. Speights (D.C. Bar No. 392091)
                                                Karen E. Gray (D.C. Bar No. 472341)
                                                Heather S. Gelfuso (D.C. Bar No. 487575)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1111 Pennsylvania Ave., N.W.
                                                Washington, D.C. 20004
                                                (202) 739-3000
                                                (202) 739-3001 (Fax)
                                                Attorneys for Defendant District of
                                                Columbia Water & Sewer Authority

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEEMA S. BHAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-01587-RCL |
| ) | Judge: Royce C. Lamberth |
| DISTRICT OF COLUMBIA ) | |
| WATER AND SEWER AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant shall have through and including May 5, 2006, to respond to Plaintiff's Complaint.

_____
ROYCE C. LAMBERTH
United States District Judge

1-WA/2539866.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21 day of April 2006, a true and correct copy of the foregoing Defendant's Consent Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint was sent via United States mail, postage prepaid, to:

>Bryan J. Schwartz
>Joseph V. Kaplan
>Passman & Kaplan, P.C.
>1090 Vermont Ave., N.W., Suite 500
>Washington, DC  20005
>Attorneys for Plaintiff

                                              /s/
                                    Grace E. Speights