UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEEMA S. BHAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1587 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's Consent Motion [18] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint and the entire record herein, it is hereby

ORDERED that defendant's Consent Motion [18] for an Extension of Time for Defendant to Respond to Plaintiff's Complaint is GRANTED; it is further

ORDERED that defendant shall have through and including May 5, 2006 to respond to plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.