ATTACHMENT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEEMA S. BHAT, )
)
Plaintiff, )
v. )  Civil Action No.: 05-01587 (RCL)
)  Judge: Royce C. Lamberth
DISTRICT OF COLUMBIA )
WATER AND SEWER AUTHORITY, )
)
Defendant. )

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action stipulate to the dismissal with prejudice of this action and all claims by Plaintiff SEEMA S. BHAT against the DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, pursuant to a settlement agreement executed between the Parties.

/s/

Bryan J. Schwartz, Esq.
Passman & Kaplan, P.C.
1090 Vermont Ave., N.W.
Suite 500
Washington, D.C. 20005
(202) 789-0100
(202) 789-0101 (Fax)
Counsel for Plaintiff Seema S. Bhat

/s/

Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant District of Columbia
Water & Sewer Authority

SO ORDERED, this ____ day of _____, 2006.

_____
Royce C. Lamberth, United States District Judge