UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEEMA S. BHAT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1587 (RCL) |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action stipulate to the dismissal of prejudice of this action and all claims by Plaintiff Seema S. Bhat against the District of Columbia Water and Sewer Authority, pursuant to a settlement agreement executed between the parties. Accordingly, it is hereby

ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 3, 2006.